| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____

Chapter you are filing under:
☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 1. | Your full name<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **SONIA**<br>First name<br><br>_____<br>Middle name<br><br>**LOPEZ**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | All other names you have used in the last 8 years<br><br>Include your married or maiden names. |  |  |
| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx-xx-5784 |  |

Debtor 1  **SONIA LOPEZ**  Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**  Include trade names and *doing business as* names | ■ I have not used any business name or EINs.  Business name(s)  EIN | ☐ I have not used any business name or EINs.  Business name(s)  EIN |
| **5. Where you live** | **4287 El Antonio Pl**  **Las Vegas, NV 89121**  Number, Street, City, State & ZIP Code  **Clark**  County  **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.  Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:  Number, Street, City, State & ZIP Code  County  **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.  Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*  ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*  ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **SONIA LOPEZ**                                        Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | | Relationship to you | |
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11. Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **SONIA LOPEZ**                                              Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No. Go to Part 4.

☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☒ No.

☐ Yes.

What is the hazard?

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1  **SONIA LOPEZ** _____  Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **SONIA LOPEZ** _____   Case number *(if known)* _____

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many Creditors do you estimate that you owe?**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ SONIA LOPEZ**
SONIA LOPEZ
Signature of Debtor 1

Signature of Debtor 2

Executed on **March 16, 2021**
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

Debtor 1   **SONIA LOPEZ**  Case number *(if known)*

| | |
|---|---|
| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Seth D Ballstaedt, Esq.**    Date   **March 16, 2021**
Signature of Attorney for Debtor            MM / DD / YYYY

**Seth D Ballstaedt, Esq.**
Printed name

**Ballstaedt Law Firm dba Ball Bankruptcy**
Firm name

**8751 W. Charleston Blvd. #220**
**Las Vegas, NV 89117**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 715-0000**    Email address   **help@bkvegas.com**

**11516 NV**
Bar number & State

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 7

SONIA LOPEZ
4287 El Antonio Pl
Las Vegas, NV 89121

Seth D Ballstaedt, Esq.
Ballstaedt Law Firm dba Ball Bankruptcy
8751 W. Charleston Blvd. #220
Las Vegas, NV 89117

Aes / Pheaa
Acct No 3956926378PA00001
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105

AES/PHEAA
Acct No 5825651626570
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105

Capio Partners, LLC
Acct No 20421471
Attn: Bankruptcy
Po Box 3498
Sherman, TX 75091

Capio Partners, LLC
Acct No 20421472
Attn: Bankruptcy
Po Box 3498
Sherman, TX 75091

Conns
Acct No 464638430
Attn: Bankruptcy
2445 Technology Forest Blvd, Bldg 4, Ste
The Woodlands, TX 77381

Continental Finance Company
Acct No 5346360211790621
Attn: Bankruptcy
Po Box 8099
Newark, DE 19714

Credit One Bank
Acct No 4447962409945163
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Department of Education/582/Nelnet
Acct No 900000374851286
Attn: Bankrupcy
Po Box 82561
Lincoln, NE 68501

Department of Education/582/Nelnet
Acct No 900000374850586
Attn: Bankrupcy
Po Box 82561
Lincoln, NE 68501

Department of Education/582/Nelnet
Acct No 900000374850786
Attn: Bankrupcy
Po Box 82561
Lincoln, NE 68501

Department of Education/582/Nelnet
Acct No 900000523530685
Attn: Bankrupcy
Po Box 82561
Lincoln, NE 68501

Department of Education/582/Nelnet
Acct No 900000374850686
Attn: Bankrupcy
Po Box 82561
Lincoln, NE 68501

Department of Education/582/Nelnet
Acct No 900000590870487
Attn: Bankrupcy
Po Box 82561
Lincoln, NE 68501

Department of Education/582/Nelnet
Acct No 900000374850886
Attn: Bankrupcy
Po Box 82561
Lincoln, NE 68501

Department of Education/582/Nelnet
Acct No 900000374851186
Attn: Bankrupcy
Po Box 82561
Lincoln, NE 68501

Department of Education/582/Nelnet
Acct No 900000374851086
Attn: Bankrupcy
Po Box 82561
Lincoln, NE 68501

Department of Education/582/Nelnet
Acct No 900000374850986
Attn: Bankrupcy
Po Box 82561
Lincoln, NE 68501

Department of Education/582/Nelnet
Acct No 900000374851386
Attn: Bankrupcy
Po Box 82561
Lincoln, NE 68501

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

ECMC
Acct No 700002040368886
Attn: Bankruptcy
111 Washington Ave South, Ste 1400
Minneapolis, MN 55401

ECMC
Acct No 5721557842
Attn: Bankruptcy
111 Washington Ave South, Ste 1400
Minneapolis, MN 55401

ECMC
Acct No 5721557841
Attn: Bankruptcy
111 Washington Ave South, Ste 1400
Minneapolis, MN 55401

ECMC
Acct No 700002040369586
Attn: Bankruptcy
111 Washington Ave South, Ste 1400
Minneapolis, MN 55401

ECMC
Acct No 700002171305786
Attn: Bankruptcy
111 Washington Ave South, Ste 1400
Minneapolis, MN 55401

ECMC
Acct No 700002040369486
Attn: Bankruptcy
111 Washington Ave South, Ste 1400
Minneapolis, MN 55401

```
ECMC
Acct No 700002040369386
Attn: Bankruptcy
111 Washington Ave South, Ste 1400
Minneapolis, MN 55401

ECMC
Acct No 700002040369286
Attn: Bankruptcy
111 Washington Ave South, Ste 1400
Minneapolis, MN 55401

ECMC
Acct No 700002040369186
Attn: Bankruptcy
111 Washington Ave South, Ste 1400
Minneapolis, MN 55401

ECMC
Acct No 700002040369086
Attn: Bankruptcy
111 Washington Ave South, Ste 1400
Minneapolis, MN 55401

ECMC
Acct No 700002040368986
Attn: Bankruptcy
111 Washington Ave South, Ste 1400
Minneapolis, MN 55401

First Premier Bank
Acct No 4869557636941651


First Premier Bank
Acct No 5178006685908230
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

Genesis FS Card Services
Acct No 5410515986998318
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Medical Data Systems (MDS)
Acct No 31234289
2001 9th Avenue
Suite 312
Vero Beach, FL 32960
```

Nevada Dept. of Taxations, Bankruptcy
555 E Washington Ave, #1300
Las Vegas, NV 89101

PlusFour, Inc.
Acct No 6240318
Attn: Bankruptcy
Po Box 95846
Las Vegas, NV 89193

Reliant Holdings, Inc.
Acct No 8002000203368910
Attn: Bankruptcy
1707 Warren Road
Indiana, PA 15701

SCE (Southern California Edison)
Acct No 406193946
Attn: Bankruptcy
Po Box 800
Rosemead, CA 91770

SCE (Southern California Edison)
Acct No 406193946
Attn: Bankruptcy
Po Box 800
Rosemead, CA 91770

Target Nb
Acct No 303116684
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

Telecom Self-reported
Acct No 8459AE45DDEA47B98C3EA3FB6559A0
Po Box 4500
Allen, TX 75013

Telecom Self-reported
Acct No A13C7F51C811418BA5C4B01BAAD3E9
Po Box 4500
Allen, TX 75013

Telecom Self-reported
Acct No 9EA5D315462E47CDB25A2B8A1CB535
Po Box 4500
Allen, TX 75013

Total Visa/The Bank of Missouri
Acct No 4317320222913107
Attn: Bankruptcy
Po Box 85710
Sioux Falls, SD 57118

```
Total Visa/The Bank of Missouri
Acct No 4317320222905533
Attn: Bankruptcy
Po Box 85710
Sioux Falls, SD 57118

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Utility Self-reported
Acct No 0BDCB298B5D24F308DBCD380411C48
Po Box 4500
Allen, TX 75013
```