Ballstaedt Law Firm, LLC DBA Ball Bankruptcy
Seth D. Ballstaedt, Esq. Bar # 11516
8751 W Charleston Blvd #220
Las Vegas, NV 89117
(702) 715-0000
help@bkvegas.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No. 21-11266-mkn |
| SONIA LOPEZ | ) ) ) | Chapter: 13 |
| Debtor(s) | ) ) | |

## NOTICE OF CHANGE OF ADDRESS OF ATTORNEY
*A separate notice must be filed in each case and proceeding*

Seth D. Ballstaedt, Esq. (name of attorney) hereby gives notice of the following changes of email address, mailing address, or both:

A. CHANGE OF EMAIL ADDRESS

    Old email address: _____

    New email address: _____

    Date of the change: _____

B. CHANGE OF MAILING ADDRESS

    Old mailing address: 9555 S Eastern Ave. #285, Las Vegas, NV 89123

    New mailing address: 8751 W Charleston Blvd #220, Las Vegas, NV 89117

    Date of the change: 4/1/2021

Signature of Attorney   /s/ Seth D. Ballstaedt, Esq.    Date 5/4/2021